PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Kyle Robinson

**Docket Number:** 06-00591-001
**PACTS Number:** 47355

**Name of Sentencing Judicial Officer:** Honorable Dennis M. Cavanaugh, U.S. District Judge

**Date of Original Sentence:** 06/03/2008

**Original Offense:** Misprision of a Felony

**Original Sentence:** 13 months imprisonment (Time Served); 1 year supervised release; $100 special assessment; $24,945.16 restitution. Special conditions: Drug testing and/or treatment; financial disclosure; no new debt; and DNA collection.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** 06/03/08

**Assistant U.S. Attorney:** David E. Malagold, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Anthony J. Iacullo, Esq. (Appointed), 247 Franklin Avenue, Nutley, New Jersey 07110, (973) 235-1550

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'<br><br>The offender failed to report to the probation office on June 16, 2008; June 19, 2008; June 23, 2008; and June 25, 2008. His current whereabouts are unknown. |

PROB 12C - Page 2
Kyle Robinson

I declare under penalty of perjury that the foregoing is true and correct.

By:  Anthony J. Nisi
     U.S. Probation Officer
Date: 07/02/08

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

Dennis M. Cavanaugh
U.S. District Judge

7-17-08

Date