PROB 12C
(7/93)



# United States District Court

## for

## District of New Jersey

## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Kyle Robinson　　　　　　　　　**Docket Number:** 06-00591-001
　　　　　　　　　　　　　　　　　　　　　　　　　　**PACTS Number:** 47355

**Name of Sentencing Judicial Officer:** Honorable Dennis M. Cavanaugh, U.S. District Judge

**Date of Original Sentence:** 06/03/08

**Original Offense:** Misprision of a Felony

**Original Sentence:** 13 months imprisonment (Time Served); 1 year supervised release; $100 special assessment; $24,945.16 restitution. Special conditions: Drug testing and/or treatment; financial disclosure; no new debt; and DNA collection.

**Type of Supervision:** Supervised Release　　　　　　**Date Supervision Commenced:** 06/03/08

**Assistant U.S. Attorney:** David E. Malagold, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Patrick McMahon (AFPD), 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X]  Judicial signature and docketing

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states 'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'<br><br>*The offender failed to report to the probation office on June 16, 2008; June 19, 2008; June 23, 2008; and June 25, 2008. |

PROB 12C - Page 2
Kyle Robinson

*2    The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On May 16, 2009, Robinson was arrested by the Newark, New Jersey Police Department and charged with possession of a controlled dangerous substance (marijuana and cocaine) (2C:35-10A); distribution of a controlled dangerous substance (2C:35-5); and possession of a controlled dangerous substance within 1,000 feet of a school (2C:35-7).

The above case is pending Grand Jury action in the Essex County Superior Court.

* The following information has been updated since the filing of the initial petition.

I declare under penalty of perjury that the foregoing is true and correct.

By: Anthony J. Nisi
U.S. Probation Officer
Date: 06/10/09

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other: File Amended Petition

Signature of Judicial Officer

6/11/09
Date

Dennis M. Cavanaugh
U.S. District Judge